# J.L. Russo, P.C.

**JOHN L. RUSSO**
*ATTORNEY AT LAW*

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

March 5, 2024

**Via ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United State District Court
Southern District of New York
300 Quarropas Street
Whiteplains, NY 10601

    Re:    <u>United States of America v. Eddy Reyes</u>
              Mag. No.: 23-07653

Your Honor:

    This office represents Eddy Reyes represents Mr. Eddie Reyes who is currently released on pre-trial conditions that include travel restrictions to the Eastern District of New York, Southern District of New York, and District of New Jersey.

    With the consent of AUSA Reyhan Watson and USPO Vanessa Perdomo, we write to request that the Court expand Mr. Reyes' geographical travel restrictions to include the Eastern and Middle District of Pennsylvania. Mr. Reyes has an ongoing work interest in vending machine maintenance service, which requires infrequent but regular travel to Pennsylvania.

    The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John Russo*

John L. Russo (JR6200)

Cc: AUSA Reyhan Watson (via ECF)
     USPO Vanessa Perdomo (via Email)

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy

3-14-2024