## J.L. Russo, P.C.

*JOHN L. RUSSO*
*ATTORNEY AT LAW*

*COUNSEL*
Milton Florez, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

**MEMO ENDORSED**

July 12, 2024

**Via ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United State District Court
Southern District of New York
300 Quarropas Street
Whiteplains, NY 10601

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.
Dated: 7/12/2024

Re:    United States of America v. Eddy Reyes
          Mag. No.: 23-07653

Your Honor:

This office represents Mr. Eddie Reyes who is currently released on pre-trial conditions that include travel restrictions to the Eastern District of New York, Southern District of New York, District of New Jersey and the Middle and Eastern Districts of Pennsylvania.

With the consent of AUSA Reyhan Watson and USPO Vanessa Perdomo, we write to request that the Court permit Mr. Reyes' to travel with his Wife and children from August 4th through the 8th to Puerto Rico for a brief vacation.

The Court's consideration of this request is respectfully appreciated.  Thank you.

Yours truly,

/s/*John Russo*

John L. Russo (JR6200)

Cc:  AUSA Reyhan Watson (via ECF)
       USPO Vanessa Perdomo (via Email)