# J.L. Russo, P.C.

JOHN L. RUSSO
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.

31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: JLRussoPC@Gmail.com

PARALEGAL
Maria Nunez, B.S.

---

> APPLICATION GRANTED.
>
> Dated: January 10, 2024
>
> SO ORDERED.
>
> /s/ Andrew Krause
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

**Via ECF**

Honorable Andrew E. Krause
United States Magistrate Judge
United State District Court
Southern District of New York
300 Quarropas Street
Whiteplains, NY 10601

Re: United States of America v. Eddy Reyes
Mag. No.: 23-07653

Your Honor:

This office represents Mr. Eddie Reyes who is currently released on pre-trial conditions that include travel restrictions to the Eastern District of New York, Southern District of New York, District of New Jersey and the Middle and Eastern Districts of Pennsylvania.

We write to request that the Court permit Mr. Reyes to travel with his wife and children from January 17th through the 19th to Miami Florida for a brief vacation.

USPO Vanessa Perdomo has been advised and has no objections to this request. AUSA Watson defers to Pre-Trial Services.

The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

/s/ *John Russo*

John L. Russo (JR6200)

Cc: AUSA Reyhan Watson (via ECF)
USPO Vanessa Perdomo (via Email)
USPO Colton Crast